An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT W. HALL,
Appellant,
vs.
SUN CITY SUMMERLIN COMMUNITY
ASSOCIATION, INC.,
Respondent.

No. 62426

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Rob Bare, District Judge
Robert W. Hall
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Eighth District Court Clerk

---

[1]To the extent that appellant requests a refund of the fees he paid in relation to this appeal, that request is denied.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12512